IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-590-F

| | | |
|---|---|---|
| SHARLENE Y. ROBINSON, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| DEUTSCHE BANK NATIONAL TRUST | ) | |
| COMPANY AS TRUSTEE FOR | ) | |
| ARGENT SECURITIES TRUST, ASSET- | ) | |
| BACKED PASS-THROUGH | ) | |
| CERTIFICATE SERIES 2006-M1 and | ) | |
| HOMEWARD RESIDENTIAL INC. | ) | |
| F/K/A AMERICAN HOME MORTGAGE | ) | |
| SERVICING, INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

The court has been informed that the parties have reached a settlement in this matter. In accordance with this court's usual practice, this action is hereby DISMISSED without prejudice to either party to reopen should settlement not be consummated on or before June 30, 2014. Unless the case is reopened, counsel are DIRECTED to file their Joint Stipulation of Dismissal With Prejudice on or before that date. The Clerk of Court is DIRECTED to remove this matter from the undersigned's court calendar.

SO ORDERED

This the 29th day of May, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge

2